|   |   |
|---|---|
| 1 | Judge Leighton |
| 2 |  |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | C04-1402RBL |
| v. | ORDER APPROVING AND CONFIRMING THE SECOND RECEIVER'S REPORT FOR THE PERIOD JUNE 1, 2005 THROUGH MAY 31, 2006 |
| PACIFIC NORTHWEST PARTNERS SBIC, L.P. , | |
| Defendant. | |

THIS CAUSE COMING on the Motion of the U.S. Small Business Administration, Receiver for Pacific Northwest Partners SBIC, L.P. ("PNP"), and the Receiver's Report for the Period from June 1, 2005 through May 31, 2006, and this Court being duly advised as to the merits,

\\

\\

\\

[PROPOSED] ORDER APPROVING AND CONFIRMING
THE SECOND RECEIVER'S REPORT FOR THE
PERIOD JUNE 1, 2005 THROUGH MAY 31, 2006 - 1
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS ORDERED and Decreed that this Court APPROVES AND CONFIRMS the Receiver's Report and the actions and activities of the Receiver reported therein.

DATED this 20th day of November, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Robert P. Brouillard
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax:   (206) 553-4067
E-mail: robert.brouillard@usdoj.gov


OF COUNSEL:

Arlene P. Messinger
Assistant General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., 7th Floor
Washington, D.C.  20416

[PROPOSED] ORDER APPROVING AND CONFIRMING
THE SECOND RECEIVER'S REPORT FOR THE
PERIOD JUNE 1, 2005 THROUGH MAY 31, 2006 - 1
(C04-1402-RBL)