Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C04-1402-RBL |
| Plaintiff, | |
| v. | ORDER |
| PACIFIC NORTHWEST PARTNERS SBIC, L.P., | |
| Defendant. | |

This matter comes before the Court on the Motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Pacific Northwest Partners SBIC, L.P. ("PNP") for Entry of An Order Approving the Notice and Determination of Claims, Memorandum in Support of Motion, and Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date. After reviewing the pleadings,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion is GRANTED in its entirety;

2. The Receiver's Notice and Determination of Claims, and the Receiver's recommendations therein are APPROVED; and

3. After payment of receivership administrative expenses, remaining assets of the PNP receivership estate will be applied next towards: (a) Receiver Certificates, if any; then to (b) the Preferred Limited Partnership Interest of the U.S. Small Business Administration ("SBA"), which includes principal of $10,077,037.00 plus prioritized payments as those payments become due,; and then to (c) the Private Limited Partners of PNP as provided in the Agreement of

ORDER - 1
C04-1402-RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Limited Partnership dated February 3, 1994, as amended; and

2      4. All persons who failed to file claims pursuant to the terms of this Court's Order
3  entered January 3, 2006 establishing the Claims Bar Date, shall be forever barred and
4  permanently enjoined from asserting, pursuing or prosecuting any pre-receivership claim (*i.e.*,
5  arising before June 18, 2004) against PNP, the Receiver and its Agent(s), their successors and
6  assigns or assets or funds in the possession of the Receiver.

8      IT IS SO ORDERED, this 2nd day of March, 2007.

13  RONALD B. LEIGHTON

15  UNITED STATES DISTRICT JUDGE

ORDER - 2
C04-1402-RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970