HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　v.

PACIFIC NORTHWEST PARTNERS SBIC, LP,

　　　　　　Defendant.

Case No. C04-1402RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Comercia Bank's Limited Objection to the Receiver's Motion for Entry of an Order Approving the Receiver's Notice and Determination of Claims [Dkt. #16]. The Court hereby notes this motion on the motions calendar for March 23, 2007.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro se and to Comercia Bank..

Dated this 5th day of March, 2007.

　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1