HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC NORTHWEST PARTNERS SBIC, L.P.,<br><br>Defendant. | Case No. C04-1402RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Comerica Bank's Motion to Preclude Disbursements to the SBA or Other Creditors Prior to Satisfaction of Comerica Bank's Post Receivership Claims [Dkt. #19].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Comerica Bank's motion is **GRANTED** in part and **DENIED** in part. The motion is granted in so far as Comerica Bank seeks to have its claim included as an administrative claim with payment priority over any pre-receivership claimants of PNP and over repayment of SBA's participating securities. The motion is denied in so far as Comerica Bank seeks to modify the Consent Order entered June 21, 2004 [Dkt. #3] in any other manner.

**IT IS SO ORDERED.**

ORDER
Page - 1

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2  pro se.
3  Dated this 3rd day of April,2 007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2