Hon. Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>PACIFIC NORTHWEST PARTNERS SBIC, LP,<br><br>                Defendant. | NO. C04-1402-RBL<br><br>ORDER INCREASING AMOUNT OF RECEIVER'S CERTIFICATES |

This matter comes before the Court on the Receiver's Motion for Increase in Amount of Receiver Certificates, and the Court having reviewed the pleadings, files and records in this case, it is hereby

ORDERED that the Receiver's Motion for Increase in Amount of Receiver Certificates be and hereby is GRANTED IN ITS ENTIRETY.

//
//
//

ORDER - 1
(C04-1402-RBL)

1   IT IS FURTHER ORDERED that the Receiver be and hereby is authorized to
2   borrow an additional $1,000,000.00 in Receiver's Certificates from SBA for the purposes
3   described above in the Receiver's Motion for Increase in Amount of Receiver's
4   Certificates.

5   DATED this 9th day of_June, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFREY C. SULLIVAN
UNITED STATES ATTORNEY


 /s/ Robert P. Brouillard
Robert P. Brouillard, WSBA #19786
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7970
Facsimile:    (206) 553-4067
Email:         robert.brouillard@usdoj.gov

OF COUNSEL:


 /s/ Arlene P. Messinger
Arlene P. Messinger, Esq.
Assistant General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC  20416
Telephone:   (202) 205-6857
Facsimile:    (202) 481-0325

ORDER - 2
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970