|   |   |
|---|---|
| 1 | Hon. Ronald B. Leighton |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) No. C04-1402-RBL |
| v. | ) |
| PACIFIC NORTHWEST PARTNERS SBIC, LP, | ) ORDER APPROVING AND CONFIRMING THIRD RECEIVER'S REPORT |
| Defendant. | ) |

This matter having come before the Court upon the Motion for Order Approving and Confirming Third Receiver's Report; and the Court having reviewed the pleadings and materials in this case,

IT IS HEREBY ORDERED that said Motion be and hereby is GRANTED.

//
//
//

ORDER APPROVING THIRD RECEIVER'S REPORT - 1
(C04-1402-RBL)

1  IT IS FURTHER ORDERED that the Third Receiver's Report, a copy of which is
2  attached to said Motion as Exhibit 1, and the actions and activities of the Receiver
3  reported in said Report, be and hereby are APPROVED AND CONFIRMED.
4  DATED this 25th day of July, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFREY C. SULLIVAN
United States Attorney

 /s/Robert P. Brouillard
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
phone:  206-553-7970
fax:    206-553-4067
email: Robert.Brouillard@usdoj.gov

ORDER APPROVING THIRD RECEIVER'S REPORT - 2
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970