District Judge Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) C04-1402-RBL |
| Plaintiff, | ) |
| v. | ) ORDER LIFTING JUDICIAL STAY<br>) NUNC PRO TUNC FOR<br>) A LIMITED PURPOSE |
| PACIFIC NORTHWEST PARTNERS<br>SBIC, L.P. | ) |
| Defendant. | ) |

THIS MATTER having come before this Court upon the Receiver's Motion for Order to Lift Stay Nunc Pro Tunc for a Limited Purpose, and the Court having reviewed the motion and any opposition thereto, it is hereby

ORDERED that the judicial stay imposed by this Court's June 18, 2004, Order be and hereby is lifted, nunc pro tunc, for the specific, limited purpose of allowing the Receiver to litigate and otherwise pursue its causes of action, including breach of contract, against Thomas Lawry, his wife Jane Doe Lawry, and their marital community, in the action styled United States Small Business Administration as Receiver for Pacific Northwest Partners SBIC, LP v. Thomas

//

//

ORDER LIFTING JUDICIAL STAY NUNC
PRO TUNC FOR A LIMITED PURPOSE - 1
(No. C04-1402-RBL)

Lawry, his wife Jane Doe Lawry, and their marital community, filed in the Superior Court of the State of Washington in and for the County of King.

DATED this 1st day of April, 2009.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFREY C. SULLIVAN
United States Attorney

*/s/ Robert P. Brouillard*
ROBERT P. BROUILLARD, WSBA# 19786
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No: (206) 553-7970
Facsimile No: (206) 553-4067
E-mail: robert.brouillard@usdoj.gov

ORDER LIFTING JUDICIAL STAY NUNC
PRO TUNC FOR A LIMITED PURPOSE - 2
(No. C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970