Hon. Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. C04-1402-RBL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) WIND-UP ORDER |
| PACIFIC NORTHWEST PARTNERS | ) |
| SBIC, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter came upon the Motion of the Small Business Administration as Receiver ("Receiver") for Pacific Northwest Partners, SBIC, L.P. ("PNP") for an Order Approving the Procedures for Winding Up and Terminating the Receivership.  After careful consideration, this Court, being duly advised on the merits of the Motion,

**HEREBY ORDERS AND DECREES THAT**:

1.    The Receiver's Motion is granted in its entirety.

2.    The Receiver's agents will perform all final administrative and accounting tasks necessary to windup and close the PNP receivership estate in an orderly manner, and to discharge the Receiver and its agents.  These tasks will include, but are not limited to: finalizing the receivership accounting books and records, arranging for the return of control of PNP to its General Partner, PNP/Wight Partnership, remitting payments from

WIND-UP ORDER - 1
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

the estate in accordance with this Court's May 2, 2007, Order (Dkt. No. 15) as funds
permit, and delivering PNP's post-receivership records to the Federal Records Center.

3.     This Court approves and confirms the form and manner of the procedures
for winding up and closing the PNP receivership as set forth in the Motion filed by the
Receiver.  Within ninety (90) days of receipt of notification of the entry of this Wind-Up
Order, the Receiver and its agents shall perform any and all final administrative and
accounting tasks necessary to implement the provisions of this Wind-Up Order in order to
wind up and terminate the PNP receivership and discharge the Receiver, its agents,
attorneys, contractors, the SBA, and its employees, and all other persons who have acted
on the Receiver's behalf.

4.     Any and all expenses associated with the windup and closing procedures
shall be and are hereby chargeable and payable as administrative expenses of the PNP
receivership.  The Receiver is hereby authorized to prepay monies to the Receiver's
agents, accountants and others to facilitate the closing of the receivership after the PNP
receivership bank account is closed.  Any funds not expended in the closing of the PNP
receivership shall be remitted first to SBA, as payment of  PNP's Receivership Certificate
debt of $1,169,295.00, and then to SBA, as PNP's Preferred Limited Partner for Preferred
Limited Partnership Interests of  $10,077,037.00 in accordance with this Court's May 2,
2007, Order.

5.     The Receiver is hereby ordered to transfer and assign all remaining assets of
PNP, whether legal or equitable, acquired through stock purchases, mortgage, pledge,
assignment, delivery or otherwise, whether real property, personal property or mixed to
SBA, in partial payment of PNP's Receiver's Certificate debt in accordance with this
Court's May 2, 2007, Order.  The transfer and assignment documents will provide for the
unconditional assignment, transfer and delivery of the assets to SBA, to the attention of:
Terry D. George, Financial Analyst, Office of SBIC Liquidation, Investment Division,
U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, and
Washington, D.C.  20416.

WIND-UP ORDER - 2
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

6.      This Court hereby appoints and authorizes either Richard E. Moser,
Principal Agent for the Receiver, or Terry D. George, Financial Analyst, Office of SBIC
Liquidation, or such other agent or employee as SBA in its sole discretion shall designate,
to sign and execute on behalf of, and as agent for, the Receiver, any and all papers
necessary to effect any transfer(s) and assignment(s) to SBA as described in paragraph 5
above, and sign and execute on behalf of, and as agent for, any and all papers necessary to
wind up and close the PNP receivership.

7.      Within ninety (90) days after receiving notification of the entry of the
Wind-Up Order by the Court, the Receiver shall transfer and deliver the accounting
records of the PNP receivership that may be necessary to enable PNP to prepare and file
tax returns, including the tax return(s) for 2010 and any that may become due after the
termination of the PNP receivership, to PNP's General Partner, PNP/Wight Partnership.

8.      Any files not delivered to, or not accepted by, the general partner of PNP
shall be transferred to SBA and delivered to the Federal Record Center.  SBA is
authorized to dispose of these records and files six years from the date of entry of the
Wind-Up Order.  In the event that PNP's general or limited partners wish to obtain copies
of such documents, such partners are ordered to serve a written request upon SBA, to the
attention of Terry D. George, Financial Analyst, Office of SBIC Liquidation, Investment
Division, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor,
Washington, D.C. 20416, within six years after the entry of the Wind-Up Order.

9.      The Receiver is hereby authorized and ordered to surrender PNP's SBIC
license to the SBA, to the attention of Terry D. George, Financial Analyst, Office of
SBIC Liquidation, Investment Division, U.S. Small Business Administration, 409 Third
Street, S.W., Sixth Floor, Washington, D.C. 20416, and the SBA is hereby authorized to
revoke said license upon entry of this Wind-Up Order.

10.     Upon completion of the tasks set forth in this Wind-Up Order, the Receiver
is hereby ordered to file a Final Receiver's Report with this Court, which Report shall
confirm that the Receiver has completed the procedures enumerated in the Wind-Up

1  Order for winding up and closing the PNP receivership estate.  The Receiver is further

2  ordered to attach, as an exhibit to the Final Receiver's Report, a Final Cash Receipts and

3  Disbursements Summary from the date of inception of the PNP receivership, June 18,

4  2004, through the date of the closing of the PNP receivership bank account.

5       11.     Control of PNP will be unconditionally transferred and returned to PNP's

6  General Partner, PNP/Wight Partnership, which transfer shall not be effective unless and

7  until the Receiver has completed its duties under the Wind-Up Order, if entered, and

8  unless and until this Court enters an Order discharging the Receiver.

9       12.     The Receiver is hereby ordered to serve a copy of this Wind-Up Order upon

10  the general and limited partners of PNP.

11       DATED this 30th day of July, 2010.

12

13

14                              _____
                                RONALD B. LEIGHTON
15                              UNITED STATES DISTRICT JUDGE

16

17  Presented by:

18  JENNY A. DURKAN
    United States Attorney
19

20  s/Robert P. Brouillard
    ROBERT P. BROUILLARD, WSBA #19786
21  Assistant United States Attorney
    Western District of Washington
22  United States Attorney's Office
    700 Stewart Street, Suite 5220
23  Seattle Washington 98101-1271
    Phone:206-553-7970
24  Fax:    206-553-4067
    Email: Robert.Brouillard@usdoj.gov
25

26

27

28

WIND-UP ORDER - 4
(C04-1402-RBL)