Hon. Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>PACIFIC NORTHWEST PARTNERS SBIC, LP,<br><br>                    Defendant. | No. C04-1402-RBL<br><br>FINAL ORDER |

This matter came before this Court upon the Receiver's Motion for Order Approving and Confirming Final Receiver's Report, Terminating Receivership and Discharging Receiver ("Motion"). After careful consideration, and this Court having been duly advised as to the merits,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Receiver's Motion is granted in its entirety;

2. The Final Receiver's Report for the period January 1, 2010, through August 24, 2010, and the acts, transactions and receipts and disbursements of funds reported therein, are hereby approved and confirmed.

FINAL ORDER - 1
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3. This Court confirms that the Receiver has complied with the Orders of the Court dated June 18, 2004 ("Receivership Order") and July 20, 2010 ("Wind-Up Order") as more fully described in the Motion.

4. The stay and injunction imposed by paragraphs 7 and 8 of the Receivership Order are hereby lifted.

5. All claims against and obligations of PNP, the PNP Receivership estate and/or the PNP Receiver and its current and former agents and attorneys, arising from or relating in any way to the Receivership shall be discharged upon entry of this Final Order.

6. The PNP receivership is hereby terminated, SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are hereby discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or management and operation of PNP and the PNP receivership estate upon entry of this Final Order.

7. Control of PNP shall be unconditionally transferred and returned to its general partner, PNP/Wight Partnership upon entry of this Final Order.

8. A copy of this Final Order, containing notice of the transfer of control of PNP, shall be served upon the respective federal and state tax offices, the Washington Secretary of State, and upon the registered agents for service of process.

//
//
//

FINAL ORDER - 2
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9. A copy of this Final Order also shall be served upon the general and limited partners of PNP upon entry of the Final Order.

<u>IT IS SO ORDERED</u>

Dated this 1st of November, 2010

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

JENNY A. DURKAN
United States Attorney

s/Robert P. Brouillard
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: Robert.Brouillard@usdoj.gov

FINAL ORDER - 3
(C04-1402-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970